**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-6268**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDREW JOHN WALKER,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-80-46-Y, CA-99-133-JFM)

───────────────

Submitted:  April 27, 1999            Decided:  June 2, 1999

───────────────

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Andrew John Walker, Appellant Pro Se.  Joseph Lee Evans, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andrew John Walker appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Walker's motion to amend his informal brief, but deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Walker, Nos. CR-80-46-Y; CA-99-133-JFM (D. Md. Jan. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED